## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELEVEN ENGINEERING, INC. and ELEVEN ELEVEN ENGINEERING GAME CONTROL LLC, | : : : |
| Plaintiff, | : : |
| v. | : C.A. No. 09-cv-903-JJF : |
| NINTENDO CO., LTD, NINTENDO OF AMERICA INC., SONY CORPORATION, SONY COMPUTER ENTERTAINMENT, INC., SONY COMPUTER ENTERTAINMENT AMERICA, INC., and MICROSOFT CORPORATION, | : : : : : |
| Defendants. | : : |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

WHEREAS defendants Nintendo Co., Ltd, Nintendo of America, Inc., and Microsoft Corporation (collectively, the "Defendants") have requested an extension of time to answer, move or otherwise plead in response to the Complaint to allow them the additional time necessary to evaluate more fully the allegations of the Complaint and their response to the allegations; and,

WHEREAS, Defendants require additional time to retain local counsel;

IT IS HEREBY STIPULATED by plaintiffs Eleven Engineering, Inc., Eleven Engineering Game Control, LLC and Defendants, subject to the approval of the Court, that Defendants may have until February 23, 2010 to answer move or otherwise plead in response to the Complaint.

Dated: December 18, 2009

*/s/ Dominick T. Gattuso*
Kurt M. Heyman (# 3054)
E-mail:  kheyman@proctorheyman.com
Dominick T. Gattuso (# 3630)
E-mail:  dgattuso@proctorheyman.com
1116 N. West Street
Wilmington, DE  19801
(302) 472-7300

Attorneys for Eleven Engineering, Inc. and
Eleven Engineering Game Control, LLC

SO ORDERED this ___ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

2