## CERTIFICATE OF SERVICE

I, Dominick T. Gattuso, hereby certify that, on December 18, 2009, I served a copy of the foregoing Stipulation and Order for Extension of Time as follows:

VIA E-MAIL:

| | |
|---|---|
| Stephen McGrath, Esquire<br>Microsoft Corporation<br>1 Microsoft Way<br>Redmond, Washington 98052-6399<br><br>Stephen Geissler, Esquire<br>Nintendo of America, Inc.<br>4820 150th Avenue N.E.<br>Redmond, Washington 98052<br>    And<br>Nintendo Co. Ltd<br>11-1 Kamitoba hokotate-cho<br>Minami-ku, Kyoto, 601-8501, Japan | Jennifer Liu, Esquire<br>Sony Computer Entertainment America, Inc.<br>919 East Hillsdale Blvd.<br>Foster City, California 94404<br>    And<br>Sony Computer Entertainment, Inc.<br>2-6-21 Minami-Aoyama<br>Minato-ku, Tokyo, 107-0062, Japan |

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)