# PROCTOR HEYMAN ENERIO LLP

PRACTICING THE ART OF LAW

300 DELAWARE AVENUE • SUITE 200 • WILMINGTON, DELAWARE 19801
TEL: 302.472.7300 • FAX: 302.472.7320 • WWW.PROCTORHEYMAN.COM

Direct Dial: (302) 472-7311
Email: dgattuso@proctorheyman.com

February 3, 2016

**VIA E-FILING AND HAND DELIVERY**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Unit 26
Wilmington, DE 19801

    Re: *Eleven Engineering, Inc. et al. v. Nintendo Co., Ltd., et al.*
          Civil Action No. 09-903-LPS-CJB

Dear Chief Judge Stark:

Pursuant to Section 15 of the Scheduling Order (D.I. 68) entered in the above-referenced case, I write on behalf of all parties regarding the claim construction hearing scheduled for April 25, 2016.

    (1)    **Whether they request leave to present testimony at the hearing**:

The parties do not believe that live testimony is needed at the claim construction hearing and, thus, do not request leave to present testimony at the hearing.

    (2)    **The amount of time they are requesting be allocated to them for the hearing:**

The parties request a total of three (3) hours for the claim construction hearing with each side allocated ninety (90) minutes at the hearing. The parties further propose that the ninety (90) minutes be broken down as follows: (a) sixty (60) minutes per side for U.S. Patent No. 6,346,047; and (b) thirty (30) minutes per side for U.S. Patent No. 6,684,062.

Respectfully,

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)

cc:    Counsel of Record (by CM/ECF and Email)