IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELEVEN ENGINEERING, INC. and ELEVEN ENGINEERING GAME CONTROL LLC,<br><br>     Plaintiffs,<br><br> v.<br><br>NINTENDO CO., LTD., NINTENDO OF AMERICA INC., SONY COMPUTER ENTERTAINMENT AMERICA LLC (f/k/a SONY COMPUTER ENTERTAINMENT AMERICA INC.) and MICROSOFT CORPORATION,<br><br>     Defendants. | Case No. 1:09-cv-00903-LPS |

### JOINT MOTION TO ENTER ORDER OF PARTIAL DISMISSAL AS BETWEEN MICROSOFT CORPORATION AND ELEVEN ENGINEERING, INC. AND ELEVEN ENGINEERING GAME CONTROL LLC

Plaintiffs, Eleven Engineering, Inc. and Eleven Engineering Game Control LLC ("Eleven Engineering") and Defendant Microsoft Corporation ("Microsoft") hereby jointly move the Court to enter an Order of Partial Dismissal as to Eleven's claim of infringement of U.S. Patent No. 6,346,047 against Microsoft in the form attached hereto as Exhibit A. As set forth in the form of the Order, no other claim alleging infringement of U.S. Patent No. 6,684,062 ("the '062 patent") by Microsoft or claim alleging infringement of U.S. Patent No. 6,346,047 by the other defendants are addressed hereby, and Eleven Engineering retains all of its rights to continue to pursue its allegations of infringement of the '062 patent by Microsoft.

| | |
|---|---|
| PROCTOR HEYMAN ENERIO LLP | FISH & RICHARDSON P.C. |
| /s/ Dominick T. Gattuso | /s/ Elizabeth M. Flanagan |
| Kurt M. Heyman (#3504) (kheyman@proctorheyman.com) Dominick T. Gattuso (#3630) (dgattuso@proctorheyman.com) 300 Delaware Avenue, Suite 200 Wilmington, DE 19801 Telephone: (302) 472-7300 | Gregory R. Booker (#4784) (booker@fr.com) Elizabeth M. Flanagan (#5891) (eflanagan@fr.com) Warren K. Mabey, Jr. (maybe@fr.com) Proshanto Mukherji (mukherji@fr.com) FISH & RICHARDSON P.C. 222 Delaware Avenue, 17th Floor P.O. Box 1114 Wilmington, DE 19899-1114 Telephone: (302) 652-5070 |
| Of Counsel: Christopher J. Lee (clee@leesheikh.com) David J. Sheikh (dsheikh@leesheikh.com) Richard B. Megley, Jr. (rmegley@leesheikh.com) Brian E. Haan (bhaan@leesheikh.com) Joseph A. Culig (jculig@leesheikh.com) Ashley E. LaValley (alavalley@leesheikh.com) LEE SHEIKH MEGLEY & HAAN LLC One North Franklin Street Suite 3340 Chicago, IL 60606 Phone: (312) 982-0070 | Of Counsel: John W. Thornburgh (thornburgh@fr.com Fish & Richardson 12390 El Camino Real San Diego, CA 92130 Tel: (858) 678-5070 Fax: (858) 678-5099 *Attorneys for Microsoft Corporation* |
| *Attorneys for Plaintiffs Eleven Engineering, Inc. and Eleven Engineering Game Control LLC* | |