**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELEVEN ENGINEERING, INC. and ELEVEN ENGINEERING GAME CONTROL LLC,<br><br>             Plaintiffs,<br><br>   v.<br><br>NINTENDO CO., LTD., NINTENDO OF AMERICA INC., SONY COMPUTER ENTERTAINMENT AMERICA LLC (f/k/a SONY COMPUTER ENTERTAINMENT AMERICA INC.) and MICROSOFT CORPORATION,<br><br>             Defendants. | C.A. No. 09-903-LPS |

**JOINT MOTION TO ENTER ORDER OF DISMISSAL AS BETWEEN**
**SONY COMPUTER ENTERTAIMENT AMERICA LLC (f/k/a SONY COMPUTER**
**ENTERTAINMENT AMERICA INC.) AND ELEVEN ENGINEERING, INC.**
**AND ELEVEN ENGINEERING GAME CONTROL LLC**

Plaintiffs, Eleven Engineering, Inc. and Eleven Engineering Game Control LLC ("Eleven") and Defendant Sony Computer Entertainment America LLC (f/k/a Sony Computer Entertainment America Inc.) hereby jointly move the Court, pursuant to Fed. R. Civ. P. 41(a)(2), to enter an Order of Dismissal in the form attached hereto as Exhibit A by reason of settlement. As set forth in the form of Order, no other claims involving the other defendants are addressed hereby.

DATED:  April 22, 2016

PROCTOR HEYMAN ENERIO LLP

/s/ Dominick T. Gattuso
Kurt M. Heyman (#3504)
E-mail:  kheyman@proctorheyman.com
Dominick T. Gattuso (#3630)
E-mail:  dgattuso@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
(302) 472-7300

OF COUNSEL:

Christopher J. Lee
E-mail:  clee@leesheikh.com
David J. Sheikh
E-mail:  dsheikh@leesheikh.com
Richard B. Megley, Jr.
E-mail:  rmegley@leesheikh.com
Brian E. Haan
E-mail:  bhaan@leesheikh.com
Joseph A. Culig
E-mail:  jculig@leesheikh.com
Ashley E. LaValley
E-mail:  alavalley@leesheikh.com
LEE SHEIKH MEGLEY & HAAN LLC
One North Franklin Street, Suite 3340
Chicago, IL  60606
(312) 982-0070

*Attorneys for Plaintiffs*
*Eleven Engineering, Inc. and*
*Eleven Engineering Game Control LLC*

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
Karen L. Pascale
E-mail: kpascale@ycst.com
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6000

Gregory S. Gewirtz
E-mail:  ggewirtz@lernerdavid.com
Andrew T. Zidel
E-mail:  azidel@lernerdavid.com
Fahd K. Majiduddin
E-mail:  FMajiduddin@lernerdavid.com
LERNER, DAVID, LITTENBERG,
KRUMHOLZ &MENTLIK, LLP
600 South Avenue West, Suite 300
Westfield, NJ 07090
(908) 654-5000

*Attorneys for Sony Computer*
*Entertainment America LLC*