IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELEVEN ENGINEERING, INC. and ELEVEN ENGINEERING GAME CONTROL LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NINTENDO CO., LTD., NINTENDO OF AMERICA INC., SONY COMPUTER ENTERTAINMENT AMERICA LLC (f/k/a SONY COMPUTER ENTERTAINMENT AMERICA INC.) and MICROSOFT CORPORATION, <br><br> Defendants. | C.A. No. 1:09-cv-00903-LPS |

## **ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiffs Eleven Engineering, Inc. and Eleven Engineering Game Control LLC (collectively, "Eleven Engineering") and Defendants Nintendo Co., Ltd. and Nintendo of America Inc. (collectively, "Nintendo") announced to the Court that they have resolved their respective claims for relief asserted in this cause. The Court, having considered the parties' request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims and counterclaims for relief asserted by Eleven Engineering and Nintendo are dismissed with prejudice;

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS FURTHER ORDERED, this dismissal shall not constitute, be deemed as or serve as a dismissal of any claim that Eleven Engineering has against any other entity in this lawsuit other than Nintendo.

Signed this 4th day of May 2016.

_____
UNITED STATES DISTRICT JUDGE